AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-CV-2089-CCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hartford Indemnity and Accident Company Serve: Commissioner of Insurance Sate of Maryland was received by me on *(date)* Jul 26, 2017, 11:23 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Glenor Manning , who is designated by law to accept service of process on behalf of *(name of organization)* Commissioner of Insurance State of Maryland on *(date)* Wed, Jul 26 2017 at 2:56 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 07/27/2017

*Server's signature*

Max Molina  - Process Server

*Printed name and title*

Elite Couriers & Process 1340 Old Chain Bridge Road Suite 107, McLean, VA 22101 (703) 856-6000

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 26, 2017, 2:56 pm EDT at 200 St. Paul Street Suite 2700, Baltimore , MD 21202 received by Glenor Manning at Commissioner of Insurance Sate of Maryland . Age: 60; Ethnicity: African American; Gender: Female; Weight: 145; Height: 5'8"; Eyes: Black; Relationship: MIA Associate